UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-21082-CIV-WILLIAMS

A&E ADVENTURES LLC and
M&A GROUP, LLC.,

    Plaintiffs,

vs.

ORACLE AMERICA INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal with prejudice. (DE 25). Upon review of the notice and the record, the Court **ORDERS AND ADJUDGES** that this action is **DISMISSED WITH PREJUDICE**. All deadlines and hearings are **CANCELED**. All pending motions are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 7 day of August 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE